### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

_____

Jamal Kenyatta Walker,                              Civil No. 14-00724 DSD/JJK

    Petitioner,

v.                                                                      **ORDER**

Tom Roy,

    Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 19, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), is summarily **DENIED**;

2. Petitioner's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3.  This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 10, 2014

                                        s/David S. Doty
                                        DAVID S. DOTY, Judge
                                        United States District Court